UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANGHEUI LIANG, LIJUN ZHANG, and WEN SUN,<br><br>Plaintiffs,<br><br>v.<br><br>MICKEY ANDERSON, et al.,<br><br>Defendants. | No. 2:21-cv-0557 JAM AC PS<br><br>ORDER |

      Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On April 2, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiffs have not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed April 2, 2021, are adopted in full; and

    2. All claims against all defendants are DISMISSED with prejudice.

DATED: May 20, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE